# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| KENNETH NEAL RADFORD, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. CV416-144 |
| | ) | CR408-082 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Recently the Court recommended transferring this 28 U.S.C. § 2255 case to the Eleventh Circuit Court of Appeals so that Kenneth Radford could obtain that court's permission to file a second or successive § 2255 motion. Doc. 52; doc. 55 (order transferring case). Radford's motion, however, has already received the appellate court's blessing. *See* doc. 50-1. The Court therefore **VACATES** its recommendation (doc. 52). It will address the merits of Radford's motion in another Order.

**SO ORDERED**, this  28th   day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA